1 | JOHN J. TUCHI
United States Attorney
2 | District of Arizona

3 | Raymond K. Woo
Assistant U.S. Attorney
4 | Two Renaissance Square
40 North Central Avenue, Suite 1200
5 | Phoenix, Arizona 85004-4408
Arizona State Bar No. 023050
6 | Telephone (602) 514-7500
raymond.woo@usdoj.gov

FILED ___ LODGED
RECEIVED ___ COPY

SEP 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Roger R. Wuest,

Defendant.

No. CR09-1150-PHX-MHB

**INFORMATION**

VIO: 29 U.S.C. § 439(c)

(Count 1: Concealment or Destruction of a Labor Union Record)

THE UNITED STATES ATTORNEY CHARGES:

At all times material to this information, Security Police and Fire Professionals of America ("SPFPA") was a labor organization engaged in an industry affecting interstate and foreign commerce, was subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. 401, et.seq., and was required to file an annual financial report with the United States Department of Labor.

That on or about August 16, 2006, in the District of Arizona, the defendant, ROGER R. WUEST, did willfully conceal, withhold and destroy a record required to be kept under Title 29, United States Code, Section 436 -- namely the negotiation of Union Check #1130 for $4,000.00

///

///

///

1  -- and reported in the SPFPA's annual report to the United States Department of Labor.

2  In violation of Title 29, United States Code, Section 439(c).

3  Dated this 8th day of September, 2009.

JOHN J. TUCHI
United States Attorney
District of Arizona

*(signature)*

RAYMOND K. WOO
Assistant U.S. Attorney

## AFFIDAVIT OF

## U.S. DEPARTMENT OF LABOR INVESTIGATOR THOMAS C. HAYES

I, Thomas C. Hayes, hereby depose and state as follows:

1. I am an investigator for the United States Department of Labor, Office of Labor-Management Standards. I have been an investigator for the Department of Labor for five years. My responsibilities include the enforcement of federal criminal and civil statutes involving the regulation of labor unions and its officers.

2. Sometime in 2008, I began an investigation of Roger R. Wuest for possible federal violations and learned the following information.

3. Roger R. Wuest was the Secretary - Treasurer for the Security Police and Fire Professionals of America Local 820 ("SPFPA") between January 2006 and August 2006.

4. SPFPA is a labor organization that represents Arizona Public Service ("APS") employees at the Palo Verde Nuclear Generating Station in Wintersburg, Arizona. I have learned that APS creates, sells and transmits electricity to customers in several southwestern States. Because APS' business affects interstate commerce, SPFPA is subject to the Labor and Management Reporting and Disclosure Act of 1959 and is required to file an annual financial report with the United States Department of Labor.

5. While Roger R. Wuest acted as the Secretary - Treasurer of SPFPA, he recorded receipts and expenditures by the union and maintained records of those

transactions. These financial transactions were compiled into an annual report which was filed with the United States Department of Labor. The SPFPA is required to maintain sufficient records of its financial transactions to permit the United States Department of Labor to verify, explain, clarify, or check with accuracy and completeness, SPFPA's annual report.

6. Based on SPFPA's bank records, I learned that Roger R. Wuest cashed union check #1130, in the amount of $4,000.00, on August 16, 2006. SPFPA Union Records did not reflect the cashing of check #1130.

7. I interviewed Roger R. Wuest on June 11, 2009. Mr. Wuest admitted that he served as the secretary - treasurer of SPFPA for about one year. Mr. Wuest admitted that, on or about August 16, 2006, he unlawfully cashed union check #1130, in the amount of $4,000.00. Mr. Wuest further admitted that he intentionally omitted the transaction of check #1130 from the SPFPA union records.

8. Based on the information above, I have probable cause to believe that Roger R. Wuest violated 29 U.S.C. Section 439 by omitting the transaction of Check #1130 from SPFPA's union records.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Thomas C. Hayes
Investigator
United States Department of Labor